**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

    David DiMarco, III, et.al.,                  CASE NO. 18-00848- CPM
                                                              Chapter 13

                      Debtor(s)/

MEDIATOR'S REPORT OF MORTGAGE MODIFICATION AND NOTICE OF CONTINUED MEDIATION

    In accordance with the Court's Order of Referral to mediation, dated February 12, 2018 (Docket # 10), a mediation conference was concluded April 24, 2018. The results are as follows:

    A. The following individuals were notified:
    1. David DiMarco                        Debtor
    2. Robert C. Burnette              Debtor(s) Attorney
    3. Chase A. Berger                   Plaintiff Attorney (Berger Firm P.A.)

    B. The outcome of the conference is as follows:
        _____ A trial Mortgage Modification was offered.
        \_\_\_X\_\_\_\_\_ The parties did not reach agreement.
        _____ The parties agreed to adjourn the mediation to _____ (date).
        _____ The mediation has been terminated.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by U.S. mail on May 11, 2018; pursuant to Local Rule 7005-3 to: Robert C. Burnette, Esq., 570 Gall Blvd, Suite C, Zephyhills, FL 33542 (rcburnettepa@gmail.com) and Chase A. Berger, Esq., Berger Firm. P.A. 3050 Biscayne Boulevard, Suite 402, Miami ,Florida 33137 (CBerger@ghidottiberger.com)

                                                             /s/ Traci K. Stevenson, Mediator
                                                             P.O. Box 86690
                                                             Madeira Beach, FL  33738
                                                             Telephone: (727)-398-0839
                                                             tracikstevenson@gmail.com