ORDERED.

Dated:  July 13, 2018

_____
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                      Case No.  8:18-bk-00848-CPM
                                                                                  Chapter 13

David DiMarco

    Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR**
**RECONSIDERATION OF ORDER DISMISSING CASE**

THIS CASE came on for a hearing on July 11, 2018 upon the Debtor's Motion for Reconsideration of Order Dismissing Case (Doc. No. 43).  Accordingly, it is

**ORDERED:**

1.  The Debtor's Motion for Reconsideration of Order Dismissing Case (Doc. No. 43) is hereby **GRANTED**.

2.  The Order Dismissing Chapter 13 Case (Doc. No. 41) entered on May 23, 2018 is hereby VACATED and the case is reinstated as an active Chapter 13 case.

3.  In the event payments to the Trustee hereafter again become delinquent, the Trustee may file a Notice of Default, giving the Debtor fourteen (14) days to cure the delinquency.  If the Debtor fails to become current with their plan payments within

fourteen (14) days of the Notice of Default, the Trustee may, without further notice to the Debtor, submit an Order dismissing the above-styled Chapter 13 case.

    **4.    The Confirmation Hearing and Hearing on Objections to Confirmation is hereby rescheduled to October 24, 2018 at 1:35 p.m., before the Honorable Catherine P. McEwen, United States Bankruptcy Judge, at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Courtroom 8B, Tampa, Florida.**

Attorney, Robert C. Burnette, Esquire, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

JMW/KRM/sn                                                      C13T 07/12/18